UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>            Petitioner,<br>    v.<br><br>TERRY ROYAL, *et al.*,<br><br>            Respondents. | Case No. 3:25-cv-00157-MMD-CLB<br><br>ORDER |

Petitioner Juan Rodriguez has filed a motion for a 120-day extension of time to file his amended petition. (ECF No. 9 ("Motion").) This is Rodriguez's first request for an extension of this deadline. The Court finds good cause exists to grant an extension, but it finds that 120 days is excessive.

It is therefore ordered that the Motion (ECF No. 9) is granted in part. Rodriguez has up to and including 60 days from the date of this Order to file his amended petition.

DATED THIS 17th day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE