UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>            Petitioner,<br>v.<br><br>TERRY ROYAL, *et al.*,<br><br>            Respondents. | Case No. 3:25-cv-00157-MMD-CLB<br><br>ORDER |

Petitioner Juan Rodriguez has filed an unopposed motion for an extension of time to file his amended petition. (ECF No. 11 ("Motion").) This is Rodriguez's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 11) is granted. Rodriguez has up to and including November 12, 2025, to file his amended petition.

DATED THIS 10th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE