1

2

3 UNITED STATES DISTRICT COURT

4 DISTRICT OF NEVADA

5 * * *

6 JUAN RODRIGUEZ, | Case No. 3:25-cv-00157-MMD-CLB

7 Petitioner, | ORDER

8 v.

9 TERRY ROYAL, *et al.*,

10 Respondents.

11

12      Petitioner Juan Rodriguez has filed an unopposed motion for a 4-week extension

13 of time to file his amended petition. (ECF No. 13 ("Motion").) This is Rodriguez's third

14 request for an extension of this deadline. The Court finds good cause exists to grant the

15 Motion.

16      It is therefore ordered that the Motion (ECF No. 13) is granted. Rodriguez has up

17 to and including December 10, 2025, to file his amended petition.

18      DATED THIS 7th Day of November 2025.

19

20 _____

21 MIRANDA M. DU
UNI'TED STATES DISTRICT JUDGE

22

23

24

25

26

27

28