UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JUAN RODRIGUEZ, | | Case No. 3:25-cv-00157-MMD-CLB |
| | Petitioner, | ORDER |
| v. | | |
| TERRY ROYAL, *et al.*, | | |
| | Respondents. | |

Petitioner Juan Rodriguez has filed an unopposed motion for a 14-day extension of time to file his amended petition. (ECF No. 15 ("Motion").) This is Rodriguez's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension will be viewed unfavorably absent extraordinary circumstances.

It is therefore ordered that the Motion (ECF No. 15) is granted. Rodriguez has up to and including December 24, 2025, to file his amended petition.

DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE