UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>                              Petitioner,<br><br>     v.<br><br>TERRY ROYAL, *et al.*,<br><br>                              Respondents. | Case No. 3:25-cv-00157-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for a 32-day extension of time to file their response to Petitioner Juan Rodriguez's amended petition. (ECF No. 20 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 20) is granted. Respondents have up to and including May 11, 2026, to file their response.

DATED THIS 10th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE