UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN RODRIGUEZ, | Case No. 3:25-cv-00157-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, | |
| Respondent. | |

Petitioner Juan Rodriguez commenced this federal habeas action on March 20, 2025. (ECF No. 1.) The Court appointed Jay Andrew Nelson, Esq. to represent Rodriguez. (ECF No. 7.) Rodriguez filed his counseled amended petition on December 23, 2025. (ECF No. 17.) Respondent's response to the amended petition is currently due on May 11, 2026. (ECF No. 21.)

Rodriguez has filed a motion to have Mr. Nelson removed from this case, explaining that there has been a breakdown in the attorney/client relationship, and for the appointment of bilingual counsel. (ECF Nos. 22, 23, 24.) The Court is not inclined to remove Mr. Nelson from this case, but it would like Mr. Nelson to weigh in on Rodriguez's motions.

It is therefore ordered that Mr. Nelson file a response to Rodriguez's motions on or before May 1, 2026.

DATED THIS 22nd Day of April 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE