UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>                              Petitioner,<br><br>        v.<br><br>TERRY ROYAL,<br><br>                              Respondent. | Case No. 3:25-cv-00157-MMD-CLB<br><br>ORDER |

This matter is before the Court on Respondent's motion to seal Petitioner Juan Rodriguez's Presentence Investigation Report. (ECF No. 37 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect Rodriguez's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

This matter is also before the Court on Rodriguez's unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 42 ("Extension Motion").) This is Rodriguez's first request for an extension of this deadline. The Court finds good cause exists to grant the Extension Motion.

It is therefore ordered that the Motion to Seal (ECF No. 37) is granted. Exhibit 52 (ECF No. 38-1) is considered properly filed under seal.

It is further ordered that the Extension Motion (ECF No. 42) is granted. Rodriguez has up to and including June 8, 2026, to file his opposition.

DATED THIS 26th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE