UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN RODRIGUEZ, | Case No. 3:25-cv-00157-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, | |
| Respondent. | |

This matter is before this Court on Respondent's unopposed motion for a 30-day extension of time to file his reply to the motion to dismiss. (ECF No. 45 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 45) is granted. Respondent has up to and including July 15, 2026, to file his reply.

DATED THIS 15th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE