UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUAN RODRIGUEZ,

Petitioner,

v.

TERRY ROYAL,

Respondent.

Case No. 3:25-cv-00157-MMD-CLB

ORDER

This matter is before this Court on Respondent's unopposed motion for a 62-day extension of time to file his answer to the petition. (ECF No. 49 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 49) is granted. Respondent has up to and including December 22, 2026, to file his answer.

DATED THIS 21st Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE